1  ALAN B. CARLSON, Bar No. 055090
   (email: acarlson@littler.com)
2  SUZANNE R. SIDUN, Bar No. 217984
   (email: ssidun@littler.com)
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
5  Telephone:  408.998.4150
   Facsimile:  408.288.5686
6
   Attorneys for Defendant
7  AIR CONTAINER TRANSPORT, INC.

**FILED**

JUL - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AIR CONTAINER TRANSPORT, INC.,<br>and Does One through Ten,<br><br>　　　　Defendant. | Case No. C 04 4900 MHP<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 41 (a)(1)(ii)** |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND ORDER TO DISMISS
(NO. C 04 4900 MHP)



1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff PATRICIA
2  MORGAN and Defendant AIR CONTAINER TRANSPORT, INC., by and through their counsel of
3  record, hereby stipulate to the voluntary dismissal of this action with prejudice. Each party shall
4  bear its own costs.

6  IT IS SO STIPULATED.

8  Dated: June 30, 2005

_____
ALAN B. CARLSON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AIR CONTAINER TRANSPORT, INC.

13  Dated: June 22, 2005

_____
MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorney for Plaintiff
PATRICIA MORGAN

Firmwide:80133458.1 045754.1006

7/1/05

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS
(NO. C 04 4900 MHP)                                   2.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113-2303
408.998.4150